UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEKSANDR SIMONTSEV | CASE NO. 1:26-CV-04338 SEC P |
| VERSUS | JUDGE EDWARDS |
| ELEAZAR GARCIA JR ET AL | MAGISTRATE JUDGE KENNETH G. GALE |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Aleksandr Simontsev ("Simontsev"), an immigration detainee at Winn Correctional Center. ECF No. 1.

Simontsev alleges that he presented at the San Ysidro Port of Entry in October 2023 and was paroled into the United States through October 20, 2025. He alleges that he remained at liberty while pursuing asylum until his arrest on October 7, 2026, and transfer to immigration custody the following day. He challenges the statutory basis for his detention, the legality of his warrantless arrest, and his re-detention without pre-deprivation process. ECF No. 1 at 5-17.

In *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), the Fifth Circuit held that noncitizens who entered the United States without admission and were subject to 8 U.S.C. § 1225(b)(2)(A) were not entitled to bond hearings under § 1226(a). Days after Simontsev filed his Petition, the Fifth Circuit held that the petitioners were not constitutionally entitled to individualized hearings on dangerousness or flight risk before being detained under § 1225(b)(2)(A) and that the duration of their

detention did not warrant habeas relief. *Sosnava Rodriguez v. Vergara*, 193 F.4th 837 (5th Cir. 2026).

Accordingly, IT IS ORDERED that, within 21 days of this Order, Simontsev shall file a supplemental memorandum, not exceeding seven (7) pages, identifying which of his three claims, if any, remain viable considering *Buenrostro-Mendez* and the en banc decision in *Sosnava Rodriguez*. For each claim he seeks to pursue, he shall identify the supporting facts and legal authority, explain why neither decision forecloses the claim, and specify the relief the Court may grant. Simontsev shall separately identify any claim he maintains solely to preserve it for further review.

SIGNED at Shreveport, Louisiana this 21st day of November, 2026.



Kenneth G. Gale
United States Magistrate Judge